# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DAVID ALAN WARRINGTON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. WARRINGTON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 27, 2006,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 9, 2022

*DaVida M. Davis*
DaVida M. Davis
Director of Regulatory Compliance