AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a non-profit corporation; and Ronald Givens, an individual,<br>*Plaintiff(s)*<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,<br>*Defendant(s)* | Civil Action No. 2:22-cv-04543 -GW-PLAx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT BONTA, in his official capacity as Attorney General of the State
of California
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919
AGelectronicservice@doj.ca.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harmeet K. Dhillon (SBN 207873)/Michael A. Columbo (SBN 271283)
Mark P. Meuser (SBN 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  July 5, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-04543

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Banta, in his official capacity as Attorney General of the State of California
was received by me on *(date)* November 7, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to the Attorney General's COVID-19 Electronic Service Policy, I served the summons electronically via email from: jgraham@dhillonlaw.com to: AGelectronicservice@doj.ca.gov on: November 7, 2022 at 1:23 p.m. PST.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Nov. 7, 2022

*Server's signature*

Jeremiah Graham, Associate
*Printed name and title*

Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
*Server's address*

Additional information regarding attempted service, etc: