ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
JOHN W. KILLEEN
Deputy Attorney General
State Bar No. 258395
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6045
  Fax: (916) 324-8835
  E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant Robert Bonta, in his official capacity as Attorney General of the State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>                  Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA**, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,<br><br>                  Defendants. | Case No. 2:22-cv-04543-GW-PLAx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 7, 2022<br>Current response date: November 28, 2022<br>New response date: December 28, 2022 |

    In accordance with Central District of California Local Rule 8-3, Plaintiffs National Association for Gun Rights and Ronald Givens and Defendant Attorney General Rob Bonta hereby stipulate to extend the time for Defendants to file an

1  initial responsive pleading by 30 days, from the current response date of November
2  28, 2022, to a new response date of December 28, 2022.
3  IT IS SO STIPULATED.

5  Dated: November 10, 2022

                                                    ROB BONTA
                                                    Attorney General of California
                                                    P. PATTY LI
                                                    Supervising Deputy Attorney General

                                                  */s/ John W. Killeen*
                                                  JOHN W. KILLEEN
                                                  Deputy Attorney General
                                                  *Attorneys for Defendant Robert Bonta, in his official capacity as Attorney General of the State of California*

Dated: November 10, 2022

                                                  */s/ Michael A. Columbo*
                                                  HARMEET K. DHILLON
                                                  MICHAEL A. COLUMBO
                                                  MARK P. MEUSER
                                                  DAVID A. WARRINGTON
                                                  GARY M. LAWKOWSKI
                                                  *Attorneys for Plaintiffs National Association for Gun Rights and Ronald Givens*

    I, John W. Killeen, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: November 10, 2022                    */s/ John W. Killeen*
                                                          JOHN W. KILLEEN
                                                          Deputy Attorney General

SA2022302901
36710423.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **National Association for Gun Rights, Inc. v. Rob Bonta** | No. | **2:22-cv-04543** |

I hereby certify that on November 10, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 10, 2022, at Sacramento, California.

| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
|---|---|
| Declarant | Signature |

SA2022302901
36710554.docx