1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  JOHN W. KILLEEN
   Deputy Attorney General
4  State Bar No. 258395
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6045
     Fax: (916) 324-8835
7    E-mail: John.Killeen@doj.ca.gov
   *Attorneys for Defendant Robert Bonta, in his*
8  *official capacity as Attorney General of the State of*
   *California*
9

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA**, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04543-GW-PLAx<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Courtroom: 9D<br>Judge:     Hon. George H. Wu |

1

1   Defendant Attorney General Rob Bonta and all Plaintiffs, by and through their
2   attorneys of record, stipulate as follows:
3   WHEREAS, on July 1, 2022, Plaintiffs filed their complaint in this action;
4   WHEREAS, on August 25, 2022, Plaintiffs filed their first amended complaint
5   in this action (the "Complaint");
6   WHEREAS, on November 7, 2022, Plaintiffs served the Complaint on
7   Defendant;
8   WHEREAS, on November 10, 2022, Defendant filed a Stipulation Extending
9   Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3), under
10  which Stipulation Defendant's response date to the Complaint became December
11  28, 2022 (Dkt. No. 21);
12  WHEREAS, on November 30, 2022, an outside law firm retained by
13  Defendant released its independent report concerning the incident that is the basis
14  of the Complaint (oag.ca.gov/dataexposure);
15  WHEREAS, in light of the release of the independent report, Plaintiffs are
16  evaluating whether to seek leave to amend the Complaint;
17  WHEREAS, in the meantime, Defendant's attorneys will be out of the office
18  for portions of the December 19-December 30, 2022 time period;
19  WHEREAS, while Plaintiffs are evaluating the independent report, and to
20  accommodate holiday-related absences, the parties hereby stipulate and request that
21  the Court enter an order extending Defendant's time to respond to the Complaint
22  from December 28, 2022, to January 24, 2023;
23  WHEREAS, a [Proposed] Order approving this Stipulation is attached
24  herewith as required by Local Rules 7-1, 8-3, and 52-4.1;
25  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AS
26  FOLLOWS, SUBJECT TO THE APPROVAL OF THE COURT:
27  Defendant shall have until January 24, 2023, to file and serve a response to the
28  Complaint.

IT IS SO STIPULATED.

Dated:  December 13, 2022

> ROB BONTA
> Attorney General of California
> P. PATTY LI
> Supervising Deputy Attorney General
>
> */s/ John W. Killeen*
> JOHN W. KILLEEN
> Deputy Attorney General
> *Attorneys for Defendant Robert Bonta, in his official capacity as Attorney General of the State of California*

Dated:  December 13, 2022

> */s/ Michael A. Columbo*
> HARMEET K. DHILLON
> MICHAEL A. COLUMBO
> MARK P. MEUSER
> DAVID A. WARRINGTON
> GARY M. LAWKOWSKI
> *Attorneys for Plaintiffs National Association for Gun Rights and Ronald Givens*

I, John W. Killeen, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  December 13, 2022              */s/ John W. Killeen*
                                       JOHN W. KILLEEN
                                       Deputy Attorney General

SA2022302901
36779831_2.docx

3

# CERTIFICATE OF SERVICE

Case Name: **National Association for Gun Rights, Inc. v. Rob Bonta**  No. **2:22-cv-04543**

I hereby certify that on December 13, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 13, 2022, at Sacramento, California.

| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
|---|---|
| Declarant | Signature |

SA2022302901
36781918.docx