1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  JOHN W. KILLEEN
   Deputy Attorney General
4  State Bar No. 258395
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6045
     Fax: (916) 324-8835
7    E-mail: John.Killeen@doj.ca.gov
   *Attorneys for Defendant Robert Bonta, in his*
8  *official capacity as Attorney General of the State of*
   *California*
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,**<br><br>Defendants. | Case No. CV 22-4543-GW-PLAx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Courtroom: 9D<br>Judge:       Hon. George H. Wu |

1

## ORDER

The Court having reviewed the Joint Stipulation to Extend Time for Defendant to Respond to the First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant shall have until January 24, 2023, to file and serve a responsive pleading to the first amended complaint.

IT IS SO ORDERED.

DATED: December 15, 2022

_____
Hon. George H. Wu
United States District Judge