1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  JOHN W. KILLEEN
   Deputy Attorney General
4  State Bar No. 258395
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6045
     Fax: (916) 324-8835
7    E-mail: John.Killeen@doj.ca.gov
   *Attorneys for Defendant Robert Bonta, in his*
8  *official capacity as Attorney General of the State of*
   *California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA**, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04543-GW-PLAx<br><br>**JOINT STIPULATION TO AUTHORIZE PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO THE OPERATIVE COMPLAINT**<br><br>Courtroom: 9D<br>Judge:     Hon. George H. Wu |

Case 2:22-cv-04543-GW-PLA   Document 25   Filed 01/20/23   Page 2 of 4   Page ID #:88

Defendant Attorney General Rob Bonta and all Plaintiffs, by and through their attorneys of record, stipulate as follows:

WHEREAS, on July 1, 2022, Plaintiffs filed their complaint in this action;

WHEREAS, on August 25, 2022, Plaintiffs filed their first amended complaint in this action (the "Complaint");

WHEREAS, on November 7, 2022, Plaintiffs served the Complaint on Defendant;

WHEREAS, on November 10, 2022, Defendant filed a Stipulation Extending Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3), under which Stipulation Defendant's response date to the Complaint became December 28, 2022 (Dkt. No. 21);

WHEREAS, on November 30, 2022, an outside law firm retained by Defendant released its independent report concerning the incident that is the basis of the Complaint (oag.ca.gov/dataexposure);

WHEREAS, on December 15, 2022, the Court granted Defendant an extension of time (to January 24, 2023) to respond to the Complaint for two reasons: (1) Plaintiffs were evaluating whether to amend the Complaint in light of the release of the independent report; and (2) to accommodate counsel's holiday-related absences,

WHEREAS, after reviewing the independent report, Plaintiffs seek to amend the Complaint, and Defendant does not oppose the amendment of the Complaint,

WHEREAS, the parties have agreed to the following schedule for Plaintiffs to amend the Complaint and for Defendant to respond to a second amended complaint:

February 23, 2023: Deadline for Plaintiffs to file a second amended complaint

March 27, 2023: Deadline for Defendant to respond to the second amended complaint or to the existing Complaint, if a second amended complaint is not filed by February 23, 2023.

2

1  WHEREAS, a [Proposed] Order approving this Stipulation is attached herewith as required by Local Rules 7-1, 8-3, and 52-4.1;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS, SUBJECT TO THE APPROVAL OF THE COURT:

Plaintiffs shall have until February 23, 2023, to file a second amended complaint.

Defendant shall have until March 27, 2023, to file a response to the second amended complaint or to the existing first amended complaint, if a second amended complaint is not filed by February 23, 2023.

IT IS SO STIPULATED.


Dated:  January 20, 2023

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General


/s/ John W. Killeen
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for Defendant Robert Bonta, in his official capacity as Attorney General of the State of California*


Dated:  January 20, 2023


/s/ David A. Warrington
HARMEET K. DHILLON
MICHAEL A. COLUMBO
MARK P. MEUSER
DAVID A. WARRINGTON
GARY M. LAWKOWSKI
*Attorneys for Plaintiffs National Association for Gun Rights and Ronald Givens*

I, John W. Killeen, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  January 20, 2023        /s/ John W. Killeen
                                JOHN W. KILLEEN
                                Deputy Attorney General

SA2022302901
36866476.docx