1 | ROB BONTA
Attorney General of California
2 | P. PATTY LI
Supervising Deputy Attorney General
3 | JOHN W. KILLEEN
Deputy Attorney General
4 | State Bar No. 258395
1300 I Street, Suite 125
5 | P.O. Box 944255
Sacramento, CA 94244-2550
6 | Telephone: (916) 210-6045
Fax: (916) 324-8835
7 | E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant Robert Bonta, in his*
8 | *official capacity as Attorney General of the State of*
*California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA**, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 22-4543-GW-PLAx<br><br>**ORDER GRANTING JOINT STIPULATION TO AUTHORIZE PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO THE OPERATIVE COMPLAINT**<br><br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

## ORDER

The Court having reviewed the Joint Stipulation to Authorize Plaintiffs to File a Second Amended Complaint, and to Extend the Deadline for Defendant to Respond to the Operative Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiffs shall have until February 23, 2023, to file a second amended complaint.

Defendant shall have until March 27, 2023, to file a response to the second amended complaint or to the existing first amended complaint, if a second amended complaint is not filed by February 23, 2023.

IT IS SO ORDERED.

DATED: January 24, 2023

_____
Hon. George H. Wu
United States District Judge