HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DAVID A. WARRINGTON
dwarrington@dhillonlaw.com
GARY M. LAWKOWSKI
glawkowski@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation; and Ronald Givens, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-25, inclusive,**<br><br>Defendants. | Case No. 2:22-cv-04543-GW-PLAx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>Courtroom: 9D<br>Judge:    Hon. George H. Wu |

NOTICE IS HEREBY GIVEN that pursuant to Federal R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above-captioned action **without prejudice**.

NOTICE OF DISMISSAL                                    1                              2:22-cv-04543-GW-PLAx

Dated: January 19, 2023

*/s/ Michael A. Columbo*
HARMEET K. DHILLON
MICHAEL A. COLUMBO
MARK P. MEUSER
DAVID A. WARRINGTON
GARY M. LAWKOWSKI
*Attorneys for Plaintiffs*
*National Association for Gun Rights*
*and Ronald Givens*